UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO TORRES<br>A.K.A.<br>EDGARDO TORRES LEOS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HILLARY RODHAM CLINTON<br>and the UNITED STATES OF AMERICA<br><br>　　　　Defendants. | Case Number 09 cv 0203 JM (WMC)<br><br>ORDER CONTINUING<br>THE EARLY NEUTRAL EVALUATION<br>CONFERENCE   [DOC. NO. 9] |

    Having received and reviewed the Joint Motion of Plaintiff Edgardo Torres Leon and Defendants, Hillary Rodham Clinton, Secretary of State, and the United States of America (hereinafter collectively referred to as "Parties") requesting the continuance of the Early Neutral Evaluation Conference, the court hereby grants said Motion.  The Early Neutral Evaluation Conference, currently set for July 31, 2009 at 2:00 pm is hereby **CONTINUED** to **August 21, 2009 at 2:00 pm.**

///

///

///

1

1    The parties are required to submit a short Early Neutral Evaluation Conference Statement
2 about the case on a confidential basis no later than seven (7) days before August 21, 2009.  All
3 other dates as reflected in the Order of June 9, 2009, are also correspondingly continued to refer
4 to the August 21, 2009 date.

5    **IT IS SO ORDERED.**

6 DATED: June 16, 2009

7 Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

28    2